**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISPIN MARTINEZ CASAS, | Case No.:  1:25-cv-01487 KES HBK (HC) |
| Petitioner, | A- Number: 235-824-335 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING RESPONDENT'S MOTION TO DISMISS, AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS |
| MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security[1], et al., | |
| Respondents. | Docs. 1, 13, 16 |

Petitioner Crispin Martinez Casas is a former immigrant detainee proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See generally* Doc. 1-2.

On November 12, 2025, Petitioner filed a motion for temporary restraining order.  Doc. 8. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately.  The Court referred the matter to the magistrate judge for further proceedings.  Doc. 12.  Respondents then moved to dismiss the petition, relying on the arguments made in their opposition to the motion for a TRO. Doc. 13 at 2.

---

[1] The petition originally named Kristi Noem as a respondent in her capacity as the Secretary of the Department of Homeland Security.  As Markwayne Mullin, who is was sworn in as the new Secretary on March 24, 2026, has been automatically substituted as the respondent.  *See* Fed. R. Civ. P. 25(d).

1

On February 24, 2026, the magistrate judge issued findings and recommendations to deny Respondents' motion to dismiss and grant the petition for writ of habeas corpus, "for the same reasons the district court found Petitioner was likely to succeed on the merits of his claim in the order granting a preliminary injunction," including that Petitioner's detention is governed by the discretionary framework of section 1226(a). Doc. 16 at 3. The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within 14 days. *Id.* Respondents timely filed objections indicating that they stand on their prior briefs. Doc. 18.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on February 24, 2026 (Doc. 16) are **ADOPTED** in full.

2. Respondent's motion to dismiss (Doc. 13) is **DENIED**.

3. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

4. If the government seeks to re-detain Petitioner Crispin Martinez Casas (A-Number 235-824-335) it must provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

5. The Clerk of Court is directed to terminate any pending motions and close the case.

IT IS SO ORDERED.

Dated:   April 24, 2026

_____
UNITED STATES DISTRICT JUDGE

2